UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARPO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KELLIE CARTER JACKSON, LEAH WRIGHT RIGUEUR and ROULETTE PRODUCTIONS LLC, <br><br> Defendants. | Case No. 1:22-cv-06787-AKH <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Dylan I. Scher of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendants Kellie Carter Jackson, Leah Wright Rigueur, and Roulette Productions LLC, in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
January 30, 2023

By: */s/ Dylan I. Scher*
Dylan I. Scher
dylanscher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendants*