February 23, 2023

**VIA ECF**
The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> The requests are granted. The February 24, 2023, conference is canceled. Defendants shall have until April 6, 2023, to respond to the Complaint
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> February 23, 2023

Re:   *Harpo, Inc. v. Jackson et al.*, No. 22-cv-06787 (S.D.N.Y.)

Dear Judge Hellerstein:

We write on behalf of both parties to respectfully request (1) an adjournment of the February 24, 2023 conference (Dkt. 15), and (2) an extension of time for Defendants to respond to Plaintiff's Complaint (Dkt. 1) so that the parties may complete their efforts to resolve this dispute.

The parties have been in active communication in good-faith efforts to resolve this dispute rather than litigate it. Those efforts have been productive, and it is the parties' expectation that a resolution can be finalized in the coming weeks.

An initial conference is scheduled for tomorrow, February 24, 2023 at 10:00 a.m. Dkt. 15. In light of the advancements that have been made toward fully resolving this dispute, the parties respectfully request that the conference be adjourned.

There have been no previous requests to adjourn this conference.

The current deadline for Defendants to respond to the Complaint is Wednesday, March 8, 2023. In light of the advancements that have been made toward fully resolving this dispute, the parties respectfully jointly request that the current deadline for Defendants to respond to the Complaint be extended by 29 days, to Thursday, April 6, 2023.

There has been one previous request to extend the time for Defendants to respond to the Complaint from February 6, 2023 to March 8, 2023. Dkt. 13. The Court granted that extension. Dkt. 14.

No other dates have been scheduled by the Court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Tamara Carmichael* | */s/ Dylan I. Scher* |
| Tamara Carmichael | Dylan I. Scher |
| DORSEY & WHITNEY LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 51 West 52nd Street | 51 Madison Avenue, 22nd Floor |
| New York, New York 10019 | New York, NY 10010 |
| Tel: (212) 415-9345 | Tel: (212) 849-7000 |
| Fax: (212) 953-7201 | Fax: (212) 849-7100 |
| Carmichael.tamara@dorsey.com | |

*Attorney for Plaintiff*

dylanscher@quinnemanuel.com

*Attorney for Defendants*