March 31, 2023

<u>VIA ECF</u>
The Honorable Alvin K. Hellerstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** <u>*Harpo, Inc. v. Jackson et al.*, No. 22-cv-06787 (S.D.N.Y.)</u>

Dear Judge Hellerstein:

We write jointly on behalf of the parties to respectfully request an extension of time for Defendants to respond to Plaintiff's Complaint (Dkt. 1) so that the parties may complete their efforts to resolve this dispute.

The parties have reached an agreement in principle to settle this action. The requested extension of time will enable the parties to finalize and execute a settlement agreement.

The current deadline for Defendants to respond to the Complaint is Wednesday, April 6, 2023. In light of the advancements that have been made toward fully resolving this dispute, the parties respectfully jointly request that the current deadline for Defendants to respond to the Complaint be extended by 28 days, to <u>Thursday, May 4, 2023</u>. The parties do not anticipate seeking any further extensions.

There have been two previous request to extend the time for Defendants to respond to the Complaint from February 6, 2023 to March 8, 2023 (Dkt. 13) and from March 8, 2023 to April 6, 2023 (Dkt. 16). The Court granted those extensions. Dkt. 14, 17.

No other dates have been scheduled by the Court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ /*Tamara Carmichael*<u>                    </u> | /s/ *Dylan I. Scher*<u>                    </u> |
| Tamara Carmichael | Dylan I. Scher |
| DORSEY & WHITNEY LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 51 West 52nd Street | 51 Madison Avenue, 22nd Floor |
| New York, New York 10019 | New York, NY 10010 |
| Tel: (212) 415-9345 | Tel: (212) 849-7000 |
| Fax: (212) 953-7201 | Fax: (212) 849-7100 |
| Carmichael.tamara@dorsey.com | dylanscher@quinnemanuel.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |