DORSEY & WHITNEY LLP
Tamara Carmichael
Bruce R. Ewing
Fara S. Sunderji
51 West 52nd Street
New York, New York 10019
(212) 415-9200

*Attorneys for Plaintiff, Harpo, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— X

HARPO, INC.,                                  :
                                              :
Plaintiff,                                    :          Case No. 1:22-cv-06787
                                              :
v.                                            :
                                              :
KELLIE CARTER JACKSON, LEAH                   :
WRIGHT RIGUEUR and ROULETTE                   :
PRODUCTIONS LLC,                              :
                                              :
Defendants.                                   :

—————————————————————— X

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having resolved this dispute through a written settlement agreement, hereby

jointly stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, by their respective

undersigned counsel, to the dismissal with prejudice of all claims asserted in this action.  Each

party shall bear its own costs and fees in this action.

Dated: May 4, 2023
       New York, New York

Dorsey & Whitney LLP                          Quinn Emanuel Urquhart & Sullivan, LLP

By: _____                 By: _____
Fara S. Sunderji                               Dylan I. Scher
Tamara Carmichael                              51 Madison Avenue, 22nd Floor
51 West 52nd Street                            New York, NY 10010
New York, New York 10019                       (212) 849-7000

(212) 415-9200                                    dylanscher@quinnemanuel.com
sunderji.fara@dorsey.com
carmichael.tamara@dorsey.com                      *Attorneys for Defendants,*
                                                  *Kellie Carter Jackson,*
*Attorneys for Plaintiff,*                        *Leah Wright Rigueur; and*
*Harpo, Inc.*                                     *Roulette Productions LLC*


SO ORDERED:


Dated:  May 8, 2023                              _/s/ Alvin K. Hellerstein_____
New York, New York                               The Honorable Alvin K. Hellerstein

2